# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

BAO MOC LAU,

         Petitioner,

    v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

         Respondents.

Case No. 5:26-cv-01719-JWH-E

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made.  Based upon that review, the Court hereby **ORDERS** as follows:

1.    The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2.    Judgment shall be entered **GRANTING** the Petition **in part** and **DIRECTING** Respondents to release Petitioner Bao Moc Lau from detention forthwith, subject to the conditions of his previous supervision.

3.    The Clerk is **DIRECTED** to serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Lau and on counsel for Respondents.

**IT IS SO ORDERED.**

Dated:___May 28, 2026___

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-