JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

BAO MOC LAU,

        Petitioner,

     v.

DEPARTMENT OF HOMELAND
   SECURITY, *et al.*,

        Respondents.

Case No. 5:26-cv-01719-JWH-E

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    The Petition is **GRANTED in part.**

2.    Respondents are **DIRECTED** to release Petitioner Bao Moc Lau from detention forthwith, subject to the conditions of his previous supervision.

**IT IS SO ORDERED.**

Dated:___May 28, 2026_____                 _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-